UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 08-280-KSF

KAREN BROWN                                                                                    PETITIONER

v.                                         **OPINION & ORDER**

COOKIE CREWS                                                                              RESPONDENT

\* \* \* \* \* \* \* \* \* \* \*

      This matter is before the Court upon two motions of the petitioner, Karen Brown. Brown's first motion, the motion to alter or amend judgment as to the denial of a certificate of appealability pursuant to Rule 59(e) of the Federal Rules of Civil Procedure [DE #43], and her second motion, for leave to appeal in forma pauperis [DE #46], were both filed on April 27, 2012. On the same day, Brown also filed her notice of appeal to the United States Court of Appeals for the Sixth Circuit [DE #44]. The filing of a notice of appeal operates to divest the district court of jurisdiction until the Court of Appeals remands the case. *See United States v. Garcia-Robles*, 562 F.3d 763, 767 (6th Cir. 2009); *Dunham v. United States*, 486 F.3d 931, 935 (6th Cir. 2007). As a result, this Court no longer has jurisdiction over this matter. Therefore, Brown's motions [DE #43 and #46] are **DENIED.**

      This May 22, 2012.



**Signed By:**
*Karl S. Forester*  KSF
**United States Senior Judge**